PHILIP WEBER v. PETER RYERS, COMMISSIONER OF HIGHWAYS, AND WILLIAM STAGRAY, CLERK, OF HAMPTON TOWNSHIP.

[See *ante*, 177.]

*Highways.*

This case is ruled by *Weber v. Ryers, ante*, 177.

*Certiorari* to review proceedings in altering a highway. Submitted June 26, 1890. Writ quashed August 1, 1890. The facts are stated in *Weber v. Ryers, ante*, 177.

*Lindner, Porter & Haffey*, for petitioner.

*T. A. E. & J. C. Weadock*, for respondents.

CAHILL, J. This case involves the same questions that were considered in *Weber v. Ryers, ante*, 177. The two cases were heard together, and this case will be governed by that.

The other Justices concurred.